**COURT PROCEEDING MEMO**
**CONFIRMATION HEARING/TRUSTEE'S SHOW CAUSE**

DATE: 7/28/11                    CONTINUED HEARING __X__
TIME: 9:30 a.m.                  WITH CONDITIONS _____
CASE #: 10-61827
IN RE: RICKEY LEE FULLER and VICTORIA HAMBLIN FULLER    PRESENT: ✗
COUNSEL FOR DEBTOR(S): PALMER   PRESENT: ✓   By: _Valois_
TRUSTEE: BESKIN   PRESENT: ✓

---

_____ CONFIRMATION HEARING (PLAN CONFIRMED 2/10/2011)

__XX__ TRUSTEE'S MOTION TO DISMISS/CONVERT

---

**OBJECTIONS**

| CREDITOR: | COUNSEL | PRESENT |
|---|---|---|
|  |  |  |
|  |  |  |

| MODIFIED PLAN FILED: | SET FOR: |  |
|---|---|---|
| 11/19/2010 (dkt# 38) | 12/30/2010 |  |

|  | PLAN CONFIRMED |
|---|---|
|  | CASE DISMISSED |
|  | ATTORNEY FEE REQUEST |

|  | CONFIRMATION HEARING CONTINUED | DATE: |
|---|---|---|
| ✓ | TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED | DATE: 9-8-11 @ 9:30 |
|  | TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED WITH CONDITIONS ORDER DUE FROM: _____ | DATE: |

**COMMENTS**

FOR THE COURT:
WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & COMPANY, COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

***NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.